HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KARL SENNERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-MJ-00003-MJS |
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE AND FOR DEFENDANT'S TELEPHONIC APPEARANCE; ORDER THEREON** |
| vs. | |
| KARL SENNERT, | |
| Defendant. | Date: March 18, 2015<br>Time: 9:00 a.m.<br>Judge: Hon. Michael J. Seng |

Pursuant to F. R. Crim. P. 43(b)(3), Defendant KARL SENNERT, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit the Defendant to appear telephonically for entry of not guilty plea at his initial appearance scheduled for March 18, 2015, at 9:00 a.m.

Mr. Sennert resides in San Andreas, California, where he works full time and a personal appearance in Yosemite National Park would impose a significant hardship on him at this time.

DATED: March 6, 2015        /s/ *Karl Sennert*
                            Karl Sennert

DATED: March 6, 2015        /s/ *Megan T. Hopkins*
                            Megan T. Hopkins
                            Assistant Federal Defender
                            Attorney for Defendant
                            Karl Sennert

1
2
3
4

**O R D E R**
The above Request for Rule 43 Waiver of Appearance and for Defendant to appear telephonically on March 18, 2015, at 9:00 a.m., in case No. 6:15-mj-00003 MJS is hereby **DENIED.**

5
6

IT IS SO ORDERED.

7
8

Dated:   March 9, 2015            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28