SUSAN ST. VINCENT
Legal Officer
DAVID BARNES
Yosemite Legal Intern
NATIONAL PARK SERVICE
Telephone:  (209) 372-0240
Facsimile:   (209) 372-0210

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KARL FRANCIS SENNERT,<br><br>                    Defendant. | CASE NO.  6:15-MJ-003-MJS<br><br>STIPULATION FOR PROTECTIVE ORDER AND ORDER BETWEEN THE UNITED STATES AND DEFENDANT KARL FRANCIS SENNERT |

**STIPULATION**

WHEREAS, discovery has been ordered in in this case and defense counsel has made a specific request for *Giglio*, *Brady*, and *Henthorn* material, and such material may contain personnel information of a government employee; and

WHEREAS, the Government is required to produce any such material but is also compelled to protect personnel information and avoid the unauthorized disclosure or dissemination of Protected Information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant, KARL FRANCIS SENNERT, by and through his counsel of record Megan Hopkins ("Defense Counsel"), and plaintiff, the United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

//

//

STIPULATION AND [PROPOSED] ORDER

1

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to documents related to Ranger Sprouse personnel or employment records.

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff for the purposes of this litigation. The United States will designate which documents contain Protected Information. Defense Counsel may permit the defendant to view un-redacted documents that contain Protected Information in the presence of Defense Counsel or under the supervision of Defense Counsel. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy documents that contain Protected Information.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the defendants, employees, other members of the defense team, and defense witnesses of the contents of this Stipulation and Order. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold protected documents from new counsel unless and until substituted counsel agrees also to be bound by this Order or the Court modifies this Order regarding such transfer of discovery.

IT IS SO STIPULATED.

Dated:  August 4, 2015                                             SUSAN ST. VINCENT
                                                                                        Legal Officer


                                                                                         /S/ Susan St. Vincent
                                                                                        SUSAN ST. VINCENT
                                                                                        Legal Officer, Yosemite National Park

STIPULATION AND [PROPOSED] ORDER

2

Dated: August 4, 2015            /S/ Megan Hopkins
                                          MEGAN HOPKINS
                                          Counsel for Defendant Karl Francis Sennert

## ORDER

For good cause shown, the Court grants the Stipulation For Protective Order in U.S. v. Sennert, case number 6:15-mj-0003-MJS and orders that any documents related to Ranger Sprouse personnel and employment records be protected from use or dissemination outside this current litigation.

IT IS SO ORDERED.

Dated:   August 4, 2015              /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE