| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | ERIN SNIDER, OR SBN #116342<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>KARL SENNERT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00003-MJS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| vs. | ) | SENTENCING; ORDER |
| | ) | |
| KARL SENNERT, | ) | DATE:   January 6, 2016 |
| | ) | TIME:   10:00 a.m. |
| Defendant. | ) | JUDGE:  Hon. Michael J. Seng |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Susan St. Vincent, Acting Legal Officer for the National Park Service, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Karl Sennert, that the sentencing hearing currently scheduled for October 6, 2015, be continued to January 6, 2015, at 10:00 a.m.

Mr. Sennert requests this continuance because he lives in San Andreas, California, and his home was recently damaged by the Butte Fire.  As he is currently in the process of dealing with the aftermath of the fire, it would be a serious hardship for him to come to court on October 6, 2015.  The parties discussed the possibility of continuing the matter to November or December, but Mr. Sennert, who owns a business, has work beginning in November through December and the government voiced its desire for Mr. Sennert to be personally present.  Mr. Sennert notes that he has a history of making all court appearances, including his initial

1  appearance and trial.

2  Therefore, the parties respectfully request that the Court continue this matter to January

3  6, 2015, at 10:00 a.m.

4

5  Respectfully submitted,

6  HEATHER E. WILLIAMS
   Federal Defender

7

8  Date: October 1, 2015                      */s/ Erin Snider*
   ERIN SNIDER
9  Assistant Federal Defender
   Attorney for Defendant
10 KARL SENNERT

11

12 Date: October 1, 2015                      */s/ Susan St. Vincent*
   SUSAN ST. VINCENT
13 Acting Legal Officer
   National Park Service
14 Yosemite National Park

15

16

17

18  **O R D E R**

19

20  Good cause appearing, the STIPULATION TO CONTINUE SENTENCING in

21  Case No. 6:15-mj-00003-MJS is approved and adopted as the Order of this Court.

22

23
   IT IS SO ORDERED.
24

25  Dated:   October 5, 2015                   /s/ *Michael J. Seng*

26                                             UNITED STATES MAGISTRATE JUDGE

27

28

Sennert / Stipulation                -2-